**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ANTUAN BURRESS-EL,

                                                             Case No. 1:18-cv-40

        Plaintiff,                                    Barrett, J.
                                                             Bowman, M.J.

        v.

HAMILTON COUNTY JUVENILE COURTS,

        Defendant.

**REPORT AND RECOMMENDATION**

On January 19, 2018, Plaintiff Antuan Burress-El[1] filed an unsigned motion seeking leave to file a fourth complaint in this Court *in forma pauperis*, or without payment of fees.  (Doc. 1).  The sole Defendant was identified as the Hamilton County Juvenile Courts. On January 26, 2018, the undersigned filed a Report and Recommendation ("R&R") that recommended that Plaintiff's compliant be dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure to state any claim.  (Docs. 2, 4).  That R&R remains pending before the presiding district judge.

On April 24, 2018, Plaintiff filed three additional motions, all of which seek the entry of default judgment against the Defendant.  In light of the pending R&R to dismiss this case with prejudice, and because there is no legal or factual basis to support the entry of

---

[1]The same Plaintiff appears to have filed three prior lawsuits in this Court, all of which have been dismissed at the screening level, including Case No. 1:17-cv-866-TSB-KLL.  Two additional lawsuits were filed in 2014 under the name Antuan L. Burress (with the same address and what appears to be the same signature, other than the absence of the "El" portion of his current surname).  *See* Case Nos. 1:14-cv-390, 1:14-cv-391.

2

default judgment, **IT IS RECOMMENDED THAT** Plaintiff's three motions seeking entry of

default judgment (Docs. 12, 13, 14) be **DENIED**.


         *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ANTUAN BURRESS-EL,

                                                       Case No. 1:18-cv-40

        Plaintiff,                                 Barrett, J.
                                                   Bowman, M.J.

   v.

HAMILTON COUNTY JUVENILE COURTS,

        Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).