UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Antuan Burress-El,

    Plaintiff,

        v.                                     Case No. 1:18cv040

Hamilton County Juvenile Courts,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 18, 2018 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 15) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 15) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the Plaintiff's Motions for Default Judgment (Doc. 12, 13, 14,) are **DENIED**.

**IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court