UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Antuan Burress-El,

    Plaintiff,

        v.                                Case No. 1:18cv040

Hamilton County Juvenile Courts,          Judge Michael R. Barrett

    Defendant.

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on January 26, 2018 (Doc. 4). In the R&R, the Magistrate Judge exercised the Court's general screening authority and recommended dismissal of Plaintiff's complaint in its entirety.

Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). Plaintiff sought an extension of time to file his objections (Doc. 6), which this Court granted (Doc. 7). Four filings followed: "Notice: 'right to pursue a claim'" (Doc. 8); "notice: jurisdiction" (Doc. 9); "notice: Signature:" (Doc. 10); and "notice: venue:" (Doc. 11). None of these filings address the substance of the Magistrate Judge's findings and consequent recommendation.

In effect, this is an instance in which no objections to the Magistrate Judge's R&R have been filed. Nonetheless, out of an abundance of caution, the Court has conducted a de novo review and concludes that the Magistrate Judge's R&R is

1

thorough, well-reasoned, and correct.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R filed by the Magistrate Judge on January 26, 2018 (Doc. 4). Consistent with the recommendation by the Magistrate Judge, all claims contained in Plaintiff's complaint are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

       /s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court